FIRST DEPARTMENT, NOVEMBER, 1974

(November 7, 1974)

■ JOSEPH R. WEISS, Respondent, v. CHEMICAL BANK et al., Appellants, et al., Defendants.— Order, Supreme Court, New York County, entered April 18,

* Not published with other decisions of June, 1974, 45 A D 2d 706. [Rep. —

1974, unanimously modified, on the law, to the extent of dismissing that part of the complaint which seeks punitive damages and otherwise affirmed. Appellants shall recover of respondent $60 costs and disbursements of this appeal. In our view the acts complained of do not evince such a high degree of moral turpitude and wanton dishonesty as to sanction recovery of exemplary damages. (*Walker* v. *Sheldon,* 10 N Y 2d 401, *Huschle* v. *Battelle,* 33 A D 2d 1017.) Concur — Markewich, J. P., Nunez, Murphy, Tilzer and Lane, JJ.